COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION

Appellate case name:         James Rickey Richards v. The State of Texas

Appellate case number:    01-19-00522-CR

Trial court case number:    2213726

Trial court:                         County Criminal Court at Law No. 3 of Harris County

On June 26, 2019, appellant, James Rickey Richards, filed a pro se notice of appeal from the June 6, 2019 judgment of conviction by jury of the class B misdemeanor offense of indecent exposure for which the trial court assessed his punishment at thirty days' confinement in county jail. On August 8, 2019, the clerk's record was filed in this Court including the trial court's July 30, 2019 order appointing Scott C. Pope, Assistant Public Defender, as appellant's counsel on appeal.

However, on August 5, 2019, the Clerk of this Court received appellant's pro se motion for voluntary dismissal of pro se appeal, but it was not signed by counsel. Under Rule 42.2(a), any voluntary motion to dismiss in a criminal appeal must contain both the signature of appellant's counsel and the appellant, and it must be filed in duplicate with the Clerk of this Court. *See* TEX. R. APP. P. 42.2(a).

Accordingly, the Court **DENIES** appellant's pro se motion to dismiss this appeal **without prejudice to refiling** by appellant's counsel, Scott C. Pope, because it was neither signed by counsel nor filed in duplicate. *See* TEX. R. APP. P. 42.2(a). This Court will consider compliant motions to dismiss filed by appellant's counsel, Scott C. Pope, who is directed to contact the appellant regarding his motion to dismiss.

It is so ORDERED.

Judge's signature: ___/s/ Evelyn V. Keyes_____
                              ☑Acting individually     ☐ Acting for the Court
Date: __August 20, 2019__